IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 4:23-CR-00154 MTS JMB |
| | ) |
| MATTHEW N. SKAGGS, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM IN SUPPORT OF**
**GOVERNMENT'S MOTION FOR PRE-TRIAL DETENTION**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Jillian S. Anderson, Assistant United States Attorney, and moves the Court to order Defendant detained pending trial pursuant to Title 18, United States Code, Section 3141, 3142(e) and (f)(2) *et seq*. Based on the charges and pursuant to Title 18, United States Code, Sections 1591(a), 2252A(a)(3)(B) and 2422(b), there is a rebuttable presumption that there are no conditions or combination of conditions that will reasonably assure the appearance of the Defendant and the safety of the community. As and for its grounds, the Government states as follows:

The Defendant has been indicted with one count of sex trafficking of one or more minors in violation of 18 U.S.C. §1591(a), solicitation of child pornography in violations of 18 U.S.C. § 2252A(a)(3)(B) and coercion and enticement of one or more minors in violation of 18 U.S.C. § 2422(b). These offenses involve mandatory imprisonment of 10 years to life, five years to 20 years and ten years to life, respectively.

Summarized below are the facts and evidence derived from the investigation in this case that demonstrate the nature and circumstances of the Defendant's crime against minor children,

1

the overwhelming weight of the evidence against the Defendant, and the nature and seriousness of the danger that the Defendant presents to children with whom the Defendant could achieve contact in person or via the internet.

At the time of his arrest, the defendant had been a police officer for about fourteen years in the Washington County Sheriff's Office and then in the Potosi Police Department. At the time of his arrest he was attending training to be placed in a public school as a School Resource Officer (SRO) in the Fall of 2022. During the year 2022, the defendant sexually abused and exploited three minor children. That abuse went undetected by his family and by his colleagues in the police department, though the defendant used his position as a police officer to gain access to minors and to groom and manipulate them.

The defendant confessed, after being advised of his *Miranda* rights, that during the year 2022, he provided vape cartridges in exchange for pornographic images of a thirteen-year-old minor (Victim 1). That minor reported that the defendant provided vape cartridges, alcohol and THC in exchange for pornographic images of the minor, and further that the defendant touched the penis of the minor on one occasion while they were seated in the defendant's police patrol vehicle.

The defendant further confessed to sexually abusing a minor who was between the ages of fourteen and fifteen years of age (Victim 2), also in 2022. The defendant admitted that he met this minor through his work as a police officer. Further, the defendant made arrangements to have this minor live with him when the minor was in need of a residence due to instability in the minor's life. This minor explained that while he lived with the defendant, the defendant repeatedly solicited sexual contact with the minor and requested pornographic images of the

2

minor. This minor reported that while he lived with the defendant there were three other juveniles who also periodically resided with the defendant.

The defendant's charges also involve a third juvenile victim who the defendant abused in the year 2022 when the minor was seventeen years of age (Victim 3). The defendant initiated contact with this minor by asking him to take a police ride-along with the defendant. The minor reported that the defendant got the minor out of a lot of trouble during their acquaintanceship and that the defendant sexually abused the minor at a location near a public school while the defendant was on duty as a police officer. The minor reported that the defendant paid the minor not to tell about the abuse via the internet-based money transfer application "CashApp."  Law enforcement conducted forensic analysis on the defendant's cellular telephone that was seized at the time of his arrest and found multiple CashApp payments to this minor. The minor also reported that the defendant provided him with cigarettes, alcohol and vape pods.

Law enforcement reviewed the Facebook communications of the defendant which were procured via a search warrant. In those communications, law enforcement located communications between the defendant and an unidentified person in which the defendant stated:

> Defendant-
> 2022-06-04 22:22:55 UTC
> "Just want to drop to my knees and pleasure them"
>
> Unidentified Facebook User-
> 2022-06-04 22:23:21 UTC
> "True that!"
>
> Defendant-
> 2022-06-04 22:24:20 UTC
> "And the younger ones in their teens and early twenties turn me on more."
> Skaggs-

3

Defendant-
2022-06-04 21:53:54 UTC
"It gets hard in this job not to hit on some these younger guys when you pull them over and see their crotch when you look down"

Unidentified Facebook User-
2022-06-04 21:59:28 UTC
"I bet that is difficult"

The defendant's sexual exploitation and predation upon three minors during 2022 was calculated, secretive and manipulative. As is typical with juvenile victims of sexual abuse, the minors did not disclose that they were being abused until the defendant's actions were discovered by a parent who located vape pods that the defendant had supplied to one of his victims. The defendant was able to hide this widespread criminal and prurient behavior from his fellow law enforcement officers and was able to maintain the silence of the children he abused.

Based on the foregoing, the Government believes that there is clear and convincing evidence that the Defendant presents a danger to children in our community and children he can exploit via the internet. The Government further believes that there are no conditions or combination of conditions that will reasonably assure the safety of other persons and the community.  Wherefore, the Government respectfully requests this Court order the Defendant be detained prior to trial.

    Respectfully submitted,

    SAYLER A. FLEMING
    UNITED STATES ATTORNEY

    */s/ Jillian S. Anderson*
    JILLIAN S. ANDERSON
    Assistant United States Attorney
    111 S. 10th Street, Room 20.333
    St. Louis, Missouri 63102
    (314) 539-2200
    (314) 539-2309 FAX
    jillian.anderson@usdoj.gov

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on April 6, 2023.

*s/ Jillian S. Anderson*
JILLIAN S. ANDERSON, #53918(MO)
Assistant United States Attorney
jillian.anderson@usdoj.gov
