Matthew Skaggs as of today I have not seen one ounce of remorse for your actions. Your only action after these crimes were committed was to get yourself out of trouble and to try to hide the crimes themselves. You also tried to intimidate and bribe the victims of the crimes which you committed. You committed these crimes on children. Children that you thought came from broken homes or who you thought were disadvantaged youth, and you did all of this while giving the persona that you were trying to protect these children.

You have victimized these children in ways that we may never know the full damage. You have harmed the family and friends of these victims. Your actions have also harmed the community, the school district and the police department that you worked for. You misused your authority as a police officer to gain their trust and gain the trust of others who oversaw their care. You misused your authority to place fear in these children so they would not tell.

You knew that what you were doing was wrong. You knew the laws and how to use them to your advantage. After your arrest, at a resource officer training, you made sure to tell the arresting officer that you did not know my son was under the age of 14. However, You literally bought him vapes and alcohol and left them outside his father's house for his 13th birthday. I truly feel that you took the position you had as a police officer and a school resource officer of an elementary school to groom these children. You tried to bond with my child, you tried to manipulate him into feeling sorry for you. You even told him that you had done this before with other children to try to convince him that it was okay. He was 12 years old when this grooming started to take place. This was not just a one-time offence; you were playing a sick game. And because of the behaviors that took place I feel that no child is safe unless you are behind bars.

You are nothing more than a pedophile. You are a monster; you are a wolf in sheep's clothing. You played the part of a great police officer that would protect and guide these boys and then completely betrayed that trust.

Your actions have made my child distrust adults of authority, he has had nightmares, sleeping problems, depression and anger issues. He has been in counseling since the day after we discovered your crimes and may continue to be there for many years to come. Your sexual assault of my son occurred on school grounds, and you were the on-duty officer at the time of the incident. During one of his counseling sessions, it was brought up that he felt that he could not tell anyone at that time because he knew if he called for help that you would be the officer that was sent. You had scared him and intimidated him. He was scared that you would come to our home or his father's home and take him. He was scared that you would harm his family.

I do not feel that your behavior will change, I feel that what you have done deserves a maximum sentence. I feel that the only way to protect other children from you is to have you behind bars. And at this time, I do plead with the Judge to please sentence you to the maximum amount of time that he can give you. I truly feel that he is the only person who can protect not only my child from you but future victims as well.